SCF

FILED
08 FEB 28 PM 1:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. '08 MJ 0599 |
| V. | COMPLAINT FOR VIOLATION OF |
| Juan Enrique Reyes-Navarrete | Title 18, United States Code, Section 751(a) |

The undersigned complainant, being duly sworn states:

That on or about February 13, 2008, at San Diego, California, in the Southern District of California, Juan Enrique Reyes-Navarrete, did unlawfully and willfully escape from an institution and facility in which he was confined by the Attorney General, to wit: Correctional Alternatives Residential Re-entry Center, San Diego, California, a federally contracted facility, in violation of title 18, United states Code, Section 751(a), said custody and confinement being by virtue of a conviction for transportation of illegal alien.

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Paul A. Beal
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 28th day of February, 2008.

United States Magistrate Judge

SLF

**STATEMENT OF PROBABLE CAUSE**

I, Paul A. Beal, being duly sworn, hereby depose and state that:

I am a Deputy United States Marshal and have been so employed for five years.

This affidavit is made in support of a complaint against Juan Enrique REYES-NAVARRETE for escape from the custody of the United States Attorney General, in violation of Title 18, United States Code Section 751(a).

On August 20, 2007, REYES-NAVARRETE was convicted and sentenced for violating Title 8, United States Code Section 1324(a)(1)(A)(ii) and (vii), Case Number 07-CR-00977-JAH. REYES-NAVARRETE was sentenced to 13 months imprisonment and three years of supervised release. One of the conditions of his supervised release was that REYES-NAVARRETE was ordered to reside in a Residential Reentry Center for up to 120 days as directed by the probation officer.

On January 30, 2008, REYES-NAVARRETE signed a furlough application to release him from the custody of the Metropolitan Correctional Center ("MCC") to Correctional Alternatives Inc. ("CAI"). As a condition of the furlough, REYES-NAVARRETE signed a form acknowledging that his furlough "only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States" and that failure to remain in custody "shall be deemed as escape from the custody of the Attorney General." REYES-NAVARRETE also signed an acknowledgment form promising to abide by the terms and conditions of residence at the CAI.

On February 13, 2008, REYES-NAVARRETE left the MCC and reported to CAI. While waiting to be drug/alcohol tested at CAI, REYES-NAVARRETE left the facility without permission and has failed to return. His unsanctioned departure violated the terms of his agreement with CAI and the conditions of supervised release ordered by the Court pursuant to Case Number 07-CR-00977. His whereabout remain unknown and he has been deemed an escapee from federal custody.

Dated February 28, 2008

Paul A. Beal, Deputy U.S. Marshal

Subscribed and sworn before me
on this 28 day of February, 2008

United States Magistrate Judge