2008 APR -9 PM 3:26

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 1070 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN ENRIQUE REYES-NAVARRETE, Defendant. | Criminal Case No. ____ <br> I N D I C T M E N T <br> Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |

The grand jury charges:

On or about February 13, 2008, within the Southern District of California, defendant JUAN ENRIQUE REYES-NAVARRETE did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of transportation of illegal aliens and aiding and abetting, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II); in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: April 9, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By CALEB E. MASON
Assistant U.S. Attorney

APS:em:San Diego
4/8/08